# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL SIMMERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:03cv5021 |
| vs. ) | and Related Cases |
| ) | 7:03cv5022; 7:03cv5023; |
| TOM BLANCHARD and CAROL ) | 7:03cv5024; 7:03cv5025; |
| HOLT, d/b/a COUNCIL OF ) | 7:03cv5026; 7:03cv5027; |
| MOTORSPORTS CLUBS-ROCKY ) | and 7:03cv5028 |
| MOUNTAIN REGION, INC., et al., ) | |
| ) | ORDER |
| Defendants. ) | |

This matter came before the court for a status conference with counsel on August 3, 2005. Robert Chaloupka, John Mullen and Terry Grennan appeared and Richard Gilloon participated via telephone. Having reviewed the cases and readiness for trial, by agreement and in the interest of justice,

**IT IS ORDERED:**

1. The jury trial of the first case, Simmering v. Blanchard at 7:03cv5021, set for September 13, 2005, is continued to **December 6, 2005.** The final pretrial conference will be rescheduled at a later date.

Dated this 4th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge